IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| DAVID CLUM, JR., ) | |
| ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | No. 2:24-cv-2172-SHM-tmp |
| ) | |
| C. HARRISON, ) | |
| ) | |
|     Respondent. ) | |

---

ORDER DIRECTING PETITIONER TO FILE AN *IN FORMA PAUPERIS* AFFIDAVIT
AND TRUST FUND ACCOUNT STATEMENT
OR PAY THE HABEAS CORPUS FILING FEE

---

On March 15, 2024, Petitioner David Clum, Jr., Bureau of Prisons register number 20962-075, incarcerated at the Federal Correctional Institution Satellite Camp in Memphis, Tennessee, filed a *pro se* petition pursuant to 28 U.S.C. § 2241. (ECF No. 1.)  However, Petitioner neglected to either pay the $5.00 habeas filing fee or submit a proper *in forma pauperis* affidavit as per 28 U.S.C. § 1914(a).

Accordingly, Petitioner is ORDERED to pay the $5.00 habeas corpus filing fee or submit a properly completed application to proceed *in forma pauperis* and a certified copy of his inmate trust account statement for the last six months within thirty (30) days after the date of this order.[1]  The Clerk is directed to provide Petitioner with a copy of the prisoner affidavit along with this order.  This motion is before the undersigned pursuant to Administrative Order 2024-07.

---

[1] In the interest of expediting this matter, Petitioner is advised that if his inmate trust account had a balance of at least $25.00 on the date this petition was filed, an application to proceed *in forma pauperis* will be denied.

Failure to comply with this order in a timely manner will result in dismissal of this action without further notice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED this 18th day of March, 2024.

s/Tu M. Pham<br>
TU M. PHAM<br>
CHIEF UNITED STATES MAGISTRATE JUDGE